Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Vickie Lee Lathero

CASE NUMBER: 22−70065−JAD

RELATED TO DOCUMENT NO: 49

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Transfer of Claim, Claim #5 E−filed on 9/12/2022 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Transfer of Claim, Claim #5 E−filed on 9/12/2022 listed and Incorrect Debtor's Case Number(22−77065 JAD). It should be listed as 22−70065 JAD. Please refile correctly.

You must file The Transfer of Claim, Claim #5 within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the The Transfer of Claim, Claim #5 with the correct Debtor's Case Number 22−70065 JAD that is filed in response to this Notice.**

Dated this The 13th of September, 2022

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vickie Lee Lathero  
    Debtor

Case No. 22-70065-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: Sep 13, 2022      Form ID: 106c      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15514562 | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2022 00:11:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

**Name**      **Email Address**

Beth L. Slaby  
    on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Brian Nicholas  
    on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com

Jeffrey Hunt  
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Louis R. Pomerico  
    on behalf of Debtor Vickie Lee Lathero info@pomericolaw.com  
    pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Sep 13, 2022 Form ID: 106c Total Noticed: 1
TOTAL: 6