**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/07/2022

IN RE:

| | |
|---|---|
| VICKIE LEE LATHERO<br>217 COLERIDGE<br>ALTOONA, PA 16602<br>XXX-XX-1813         Debtor(s) | Case No. 22-70065 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/7/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2572 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15312<br>WILMINGTON, DE 19850-5312 | Trustee Claim Number: 3  INT %: 5.34%<br>Court Claim Number: 2<br>CLAIM: 15,445.36<br>COMMENT: CL2GOV@PIF\*16126/PL@5.34%/PL-CL\*FNB/SCH-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1849 |
| **S & T BANK(\*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4PMT-LMT\*$0ARRS/PL\*BGN 3/22 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5293 |
| **S & T BANK(\*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: CL7GOV\*251/PL\*255x(60+2)=LMT\*$0ARRS/PL\*2ND/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3916 |
| **ALTOONA FIRST SAVINGS BANK**<br>203 N LOGAN BLVD<br>ALTOONA, PA 16602 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5801 |
| **ALTOONA REGIONAL HEALTH SYSTEM**<br>620 HOWARD AVE<br>ALTOONA, PA 16601-4899 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 18,801.45<br>COMMENT: X0011/SCH\*FR AES/PHEAA-D49\*ND AMD POA\*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1813 |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9562 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,381.28<br>COMMENT: CITIBANK/AT&T | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0721 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BEST EGG**<br>C/O SST INC* - SERVICING AGENT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 3999<br>ST JOSEPH, MO  64503 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7293 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7120 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4042 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~BOSCOVS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4558 |
| **CCO MORTGAGE CORPORATION****<br>ATTN MORTGAGE PAYMENT PROCESSING*<br>10561 TELEGRAPH RD<br>GLEN ALLEN, VA  23059 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5538 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2113 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2515 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8459 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~THD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8876 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AVUENUE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2792 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~VALUE CITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8017 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,527.63<br>COMMENT: COMENITY*BOSCOV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8146 |
| **DELL FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT<br>PO BOX 81577<br><br>AUSTIN, TX 78708 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3494 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,249.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1864 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 10,734.10<br>COMMENT: X0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1813 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA 16148 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~TOTALED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6903 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br><br>JOHNSTOWN, PA 15905 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8002 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br><br>JOHNSTOWN, PA 15905 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br><br>IRVING, TX 75014 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9207 |
| **LENDING CLUB BANK NA***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br><br>EL MONTE, CA 91731 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 28,829.27<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9151 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3210 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4860 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6756 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 7,153.79<br>COMMENT: X4860/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1813 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 5,557.05<br>COMMENT: X6756/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1813 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~BRMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6868 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LANE FRNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0434 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 3,755.72<br>COMMENT: SYNCH*AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2224 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 4,350.18<br>COMMENT: PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2572 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8610 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8518 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 10,197.19<br>COMMENT: SYNCH*OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0711 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~SAMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9006 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,398.77<br>COMMENT: PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6247 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 546.38<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7096 |
| **GRENEN & BIRSIC PC***<br>1 GATEWAY CENTER - 9TH FL<br>420 FT DUQUESNE BLVD<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: S AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 911.00<br>COMMENT: CL6GOV*NT PROV/PL*THRU 2/11 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5293 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: @OBJ/CONF | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  BOA/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number:8 <br><br> CLAIM:  669.99 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1813 |

Case 22-70065-JAD    Doc 63    Filed 12/07/22    Entered 12/07/22 16:02:03    Desc
Page 8 of 8