**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
VICKIE LEE LATHERO                                      Case No. 22-70065JAD

          Debtor(s)
RONDA J. WINNECOUR,                                     Chapter 13
Standing Chapter 13 Trustee,

          Movant                               Document No __
    vs.
US DEPARTMENT OF EDUCATION++

          Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    STUDENT LOAN HAS BEEN SERVICE RELEASED.   NO AMENDED CLAIM OR TRANSFER OF CLAIM HAS BEEN FILED BY THE NEW SERVICER.

US DEPARTMENT OF EDUCATION++                            Court claim# 4/Trustee CID# 25
C/O FEDLOAN SERVICING
PO BOX 790234
ST LOUIS, MO 63179


The Movant further certifies that on 03/15/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>VICKIE LEE LATHERO, 217 COLERIDGE, ALTOONA, PA 16602 | DEBTOR'S COUNSEL:<br>LOUIS POMERICO ESQ, POMERICO & DIMEO, 2910 WILMINGTON ROAD, NEW CASTLE, PA 16105 |
|---|---|
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O FEDLOAN SERVICING, PO BOX 790234, ST LOUIS, MO 63179<br><br>NEW CREDITOR: | :<br>US DEPARTMENT OF EDUCATION**, C/O FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106-9184 |