## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :

VICKIE LEE LATHERO                    :        **CASE NO. 22-70065-JAD**

**DEBTOR,**        :

:        **CHAPTER 13**

RONDA J. WINNECOUR, CHAPTER 13        :
TRUSTEE,                                          :

:

**MOVANT,**        :

:

VS.        :

:

VICKIE LEE LATHERO        :

:

RESPONDENTS.        :

### DEBTOR'S DECLARATION IN RESPONSE TO
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Louis Pomerico, Esquire, counsel for the Debtor, hereby confirm that I have reviewed the Notice of Mortgage Payment Change, which reflects an increase to the escrow mortgage payment.   As Debtor's Plan is sufficiently funded to cover this payment, no amended plan will be necessary.  Accordingly, I hereby consent to the new post petition payment (escrow) to Federal National Mortgage Association by S&T Bank, Agent, effective January 1, 2024, in the amount of $370.91 per month, from the current payment of $366.91, per the Notice dated November 30, 2023.

Dated:  December 13, 2023                /s/ Louis Pomerico, Esquire
                                                    Louis Pomerico, Esquire
                                                    PA. I.D. NO. 22855
                                                    Attorney for Debtor
                                                    2910 Wilmington Road
                                                    New Castle, PA   16105
                                                    (724) 658-7759
                                                    info@pomericolaw.com