# IN THE UNITED STTES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 22-70065-JAD |
| | ) |
| Vickie Lee Lathero | ) CHAPTER 13 |
| | ) |
| Debtor. | ) MOTION NO.: |
| | ) |
| S&T Bank | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Vickie Lee Lathero, Debtor; and | ) |
| Ronda J. Winnecour, Trustee; | ) |
| | ) |
| Respondents. | ) |

### NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION OF S&T BANK TO COMPEL AND IMPLEMENT CHANGE IN POST-PETITION REGULAR MONTHLY MORTGAGE PAYMENT

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 28, 2025**, in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **March 11, 2025** at **11:00 a.m**. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.

  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response

                Respectfully submitted,

                GRENEN & BIRSIC, P.C.

Dated: 02/10/2025      By: /s/ Alexander C. Herron
                Alexander C. Herron, Esquire
                PA ID #333768
                One Gateway Center, 9th Floor
                Pittsburgh, PA  15222
                412-281-7650
                E-mail:  aherron@grenenbirsic.com

                *Attorney for S&T Bank*