```
                                            FILED
                                            2/19/25 12:18 pm
                                            CLERK
                                            U.S. BANKRUPTCY
                                            COURT - WDPA
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 22-70065-JAD |
| Vickie Lee Lathero | CHAPTER 13 |
| Debtor. | HEARING DATE & TIME: March 11, 2025 @ 11:00 a.m. |
| S&T Bank | |
| Movant, | Doc. # 80 |
| vs. | |
| Vickie Lee Lathero, Debtor; and Ronda J. Winnecour, Trustee; | |
| Respondents. | |

### ORDER OF COURT

AND NOW, this 19th day of February, 2025, upon consideration of the Withdrawal of Motion to Compel and Implement Change in Post-Petition Regular Monthly Mortgage Payment, filed on behalf of S&T Bank, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion to Compel and Implement Change in Post-Petition Regular Monthly Mortgage Payment is WITHDRAWN and the hearing scheduled for March 11, 2025, is CANCELLED.

BY THE COURT:

_/s/ Jeffery A. Deller_ jsf
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-70065-JAD |
|---|---|
| Vickie Lee Lathero | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Vickie Lee Lathero, 217 Coleridge, Altoona, PA 16602-3109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

**Name**    **Email Address**

Alexander Herron
    on behalf of Creditor S&T Bank aherron@grenenbirsic.com mcupec@grenenbirsic.com

Denise Carlon
    on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com

Elizabeth L. Slaby
    on behalf of Creditor S&T Bank bslaby@lenderlaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Jeremy J Kobeski
    on behalf of Creditor S&T Bank jkobeski@grenenbirsic.com mcupec@grenenbirsic.com

Louis R. Pomerico
    on behalf of Debtor Vickie Lee Lathero info@pomericolaw.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8