**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| VICKIE LEE LATHERO | Case No. 22-70065JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| US DEPARTMENT OF EDUCATION++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE. NO CHANGE OF ADDRESS OR AMENDED CLAIM HAVE BEEN FILED.

US DEPARTMENT OF EDUCATION++
C/O DEPARTMENT OF EDUCATION/MOHELA
PO BOX 790453
ST LOUIS, MO 63179

Court claim# 4-2/Trustee CID# 25

The Movant further certifies that on 06/24/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>VICKIE LEE LATHERO, 217 COLERIDGE, ALTOONA, PA 16602 | DEBTOR'S COUNSEL:<br>LOUIS POMERICO ESQ, POMERICO & DIMEO, 2910 WILMINGTON ROAD, NEW CASTLE, PA 16105 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JILL LOCNIKAR, ASSISTANT US ATTORNEY, US POST OFFICE & COURTHOUSE STE 4000, 700 GRANT ST, PITTSBURGH, PA 15219 | :<br>DEPARTMENT OF EDUCATION/MOHELA, 633 SPIRIT DR, CHESTERFIELD, MO 63005 |
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O DEPARTMENT OF EDUCATION/MOHELA, PO BOX 790453, ST LOUIS, MO 63179 | |
| NEW CREDITOR: | |