## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VICKIE LEE LATHERO

          DEBTOR,

RONDA J. WINNECOUR, CHAPTER 13
TRUSTEE,

          MOVANT,

   VS.

VICKIE LEE LATHERO,

          RESPONDENT.

CASE NO. 22-70065-JAD

CHAPTER 13

DOCUMENT NO. 84

### DEBTOR'S DECLARATION IN RESPONSE TO
### THE NOTICE OF MORTGAGE PAYMENT CHANGE

I, Louis Pomerico, Esquire, counsel for the Debtor, hereby confirm that I have reviewed the Notice of Mortgage Payment Change, which reflects an increase to the escrow mortgage payment. As Debtors Plan is sufficiently funded to cover this payment, no amended plan will be necessary. Payment Accordingly, I hereby consent to the new post petition payment (escrow) to S&T Bank, effective January 1, 2026 in the amount of $497.91, per month, from the current payment of $374.91, per the Notice dated November 25, 2025.

DATED: December 11, 2025

/s/ Louis Pomerico, Esquire
Louis Pomerico, Esquire
PA I.D NO. 22855
Attorney for Debtor
2910 Wilmington Road
New Castle, PA 16105
(724-658-7759)
info@pomericolaw.com